IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | } CASE NO: 10-30569-DHW |
| Hood, Freda L. | } CHAPTER: 13 |
| Debtor(s) | } |
| Soc.Sec.No(s).:   xxx-xx-5193 | } |

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM OF GMAC MORTGAGE, LLC

Comes now GMAC MORTGAGE, LLC, its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and hereby requests this Honorable Court overrule the Debtor's objection to its claim on the following asserted grounds:

1. The Creditor holds a mortgage lien on the property commonly referred to as 5249 County Rd 30 Shorter, AL 36075, and more fully described in the mortgage and note.

2. The Creditor filed claim 4 for $1081.73 which includes the March 2010 mortgage payment and bankruptcy attorney fees.

3. The Debtor objects to the Creditor's claim because a payment was made for the March 2010 payment on March 17, 2010 and therefore, the March 2010 payment should not be included in pre-petition arrearage.

4. However, the Debtor filed the bankruptcy petition on March 8, 2010. The March 2010 payment was due on March 1, 2010. The Debtor did not tender a direct payment until March 17, 2010.

5. The Debtor's plan does not provide a date for direct payments to resume post-petition. The Creditor based its claim the Debtor resuming her direct payment

Document3

with the next payment due post-petition, which was April 2010. The Debtor's payment on March 17, 2010 was applied to the April 2010 post-petition payment.

6. The Mortgage and Note also provide for attorney fees and costs for the Creditor to protect its interests when a Debtor files a bankruptcy petition.

7. The Creditor requests that the claim be paid in full as a secured claim.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor respectfully requests this Honorable Court enter an order overruling the Debtor's Objection to Claim and for such other an additional relief as this Honorable Court deems appropriate. Further, the Creditor requests that fees for handling this objection be allowed by this Court.

Respectfully submitted,

Enslen Crowe (CRO 098)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
(205) 918-5013/ fax 205-930-5101
ecrowe@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing Response to Debtor's Objection to Claim was mailed, first class postage prepaid or served via electronic case management to:

Richard D Shinbaum
P O Box 201
Montgomery, AL 36101

Freda L. Hood
P.O. Box 503
Shorter, AL 36075

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

Jimmie Lynn Ledbetter
P.O. Box 503
Shorter, AL 36075

On this the 18th day of May, 2010.

_____
OF COUNSEL